

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 10, 2007

*By Facsimile*

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   United States v. Carlos Henriquez,
             S4 06 Cr. 1014

Dear Judge Maas:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the superseding indictment in the above-captioned case S4 06 Cr. 1014 was sealed. Given that the defendant in this indictment was arrested today and will be presented in the Southern District of New York, the Government requests that the Court unseal the superseding indictment S4 06 Cr. 1014. (It is part of the same case of United States v. Erick Martinez, Cynthia Ruiz, and Pedro Guzman, S9 06 Cr. 1014 (AKH).)

                          Very truly yours,

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York

            By:   /s/ Reed Michael Brodsky
                   Reed Michael Brodsky
                   Marissa Molé
                   Assistant United States Attorneys
                   (212) 637-2492/2755 (tel)
                   (212) 637-2452/2387 (fax)