```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

PEDRO GUZMAN & CARLOS HENRIQUEZ,
                Defendants.

------------------------------------------------------------- x

**ORDER REGULATING PRETRIAL PROCEEDINGS**

S9 06 CR. 1014 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The commencement of trial of both defendants in the above captioned matter is hereby adjourned until December 3, 2007, and time is excluded until then. The final pre-trial conference scheduled for October 31, 2007 will now be held on November 27, 2007 at 10 a.m., and any motions in limine may be heard at that time.

The Government shall produce all materials required by the pretrial order, by Giglio v. United States, 405 U.S. 150 (1972) and 18 U.S.C. § 3500 by the date of the final pre-trial conference.

SO ORDERED.

Dated:    New York, New York
            September 21, 2007

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1