AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**UNITED STATES OF AMERICA**

v.

**ERICK MARTINEZ, et al.**

**APPEARANCE**

Case Number:  1:06-CR-01014

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CARLOS HENRIQUEZ

I certify that I am admitted to practice in this court.

| 10/16/2007 | S/ |
|---|---|
| Date | Signature |

Don Buchwald
Print Name                                                    Bar Number

101 Park Avenue
Address

| New York | NY | 10178 |
|---|---|---|
| City | State | Zip Code |

(212) 808-7800                              (212) 808-7897
Phone Number                                                 Fax Number