# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

ALAN R. KAUFMAN
DIRECT LINE: (212) 808-5195
EMAIL: akaufman@kelleydrye.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/07

So ordered.
10-16-07
[signature]

BY FAX (212)805-7942

October 16, 2007

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Henriquez, S12 Cr. 1014 (AKH)

Dear Judge Hellerstein:

    I write as Mr. Henriquez's new attorney, my partner Don Buchwald having just been appointed to replace Alexander Eisemann. I understand that October 16 is the date by which counsel is required to advise what motions are intended. Having consulted with Mr. Eisemann, having reviewed the discovery file, and having met with the Assistant U.S. Attorney, I anticipate that the following motions may be made. If, upon further investigation and review, it appears that any of these issues will not be raised, I will promptly advise the court and the prosecutor. I will do the same with respect to any issue of which I become aware which has not been identified herein, and I hope that the court will be understanding in that regard.

    The issues to be raised by motion may be 1) suppression of any evidence seized from the defendant and his premises at the time of his arrest; 2) suppression of his post-arrest statement; 3) procedures used to identify the defendant.

    Having met with the Assistant U.S. Attorney, we have agreed on the following briefing schedule, subject to the court's approval: defendant's motions by November 8, government's response by November 16, defendant's reply by November 21.

NY01/KAUFA/1243483.1

**KELLEY DRYE & WARREN LLP**

Honorable Alvin K. Hellerstein
October 16, 2007
Page Two

Thank you for your consideration in this matter.

Very truly yours,

*Alan R Kaufman*

Alan R. Kaufman

ARK:ma

cc:     AUSA Marissa Molé

NY01/KAUFA/1243483.1