UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PEDRO GUZMAN,<br>a/k/a "Franklyn," and<br>EDWIN HENRIQUEZ,<br>a/k/a "Carlos,"<br><br>Defendants. | NOTICE OF MOTION<br><br>S13 06 Cr. 1014 (AKH) |

PLEASE TAKE NOTICE, that upon the Declaration of Alan R. Kaufman, dated November 8, 2007, and accompanying Exhibits, and upon the accompanying Memorandum of Law, defendant Edwin Henriquez ("Henriquez") will move this Court, at a date to be determined by the Court, for an order:

(i) directing the Government to provide certain discovery and particulars to Henriquez;

(ii) directing the Government to provide certain *Brady* material to Henriquez; and

(iii) such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 8, 2007

KELLEY DRYE & WARREN LLP
Attorneys for Defendant Edwin Henriquez

By: /s/ Alan R. Kaufman
Alan R. Kaufman (AK6884)
James M. Keneally (JK8447)
101 Park Avenue
New York, NY 10178
(212) 808-7800

To: Marissa Molé, Esq.
Christopher LaVigne, Esq.
United States Attorney's Office
One St. Andrew's Plaza
New York, New York 10007

NY01/KENE J/1248086.1