## AFFIRMATION OF SERVICE

Alan R. Kaufman, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That on February 1, 2008, I caused a copy of the within Voir Dire Requests to be delivered by ECF filing and by hand-delivery to:

AUSAs Marissa Molé and Christopher LaVigne
United States Attorney's Office
One St. Andrew's Plaza
New York, New York  10007

and by Federal Express to:

James Kousouros, Esq.
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York  11415

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
         February 1, 2008

/s/ Alan R. Kaufman
Alan R. Kaufman