Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

United States of America

-v-

Edwin Henriquez

Docket No.: S13 06 Cr. 01014-05 (AKH)

Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that __Edwin Henriquez__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on __June 18, 2008__ (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date: June 23, 2008

To:
Marissa Mole, Esq.
Assistant United States Attorney
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Don D. Buchwald
(Counsel for Appellant)

Address: Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Telephone Number: (212) 808-5147

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER |

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
 [ ] Daily copy is available
 [ ] U.S. Attorney has placed order
 [ ] Other. Attach explanation

Prepare transcript of                                Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[✓] Sentencing June 18, 2008
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [✓]

ATTORNEY'S SIGNATURE: /s/ Don Buchwald    DATE: 6/23/2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05